UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-00445-FDW-DCK

| | |
|---|---|
| **HERWETT EDWARD CONWAY, JR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **HARRIS VENTURES, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER** is before the Court *sua sponte* concerning the status of this case. On May 3, 2024, Plaintiff filed a *pro se* Complaint in this Court. (Doc. No. 1.) Plaintiff also moved for leave to proceed in forma pauperis. (Doc. No. 2.) On May 15, 2024, the Court denied Plaintiff's motion without prejudice and permitted Plaintiff to either pay the filing fee or refile an amended Application. (Doc. No. 3.) The Court also ordered Plaintiff to file an Amended Complaint within 21 days. (Id.) Plaintiff, in turn, filed an amended Application to proceed in forma pauperis, (Doc. No. 4), and sought an extension of time to file an Amended Complaint. (Doc. No. 5.) The Court granted Plaintiff's request for an extension and ordered him to file an Amended Complaint by June 14, 2024. (Doc. No. 6.) However, Plaintiff did not do so. On July 30, 2024, the Court granted Plaintiff's motion for leave to proceed in forma pauperis, dismissed Plaintiff's original Complaint pursuant to 28 U.S.C. § 1915(e), and afforded Plaintiff 30 days to file an Amended Complaint. (Doc. No. 7.) The Court cautioned Plaintiff that if he did not file an Amended Complaint in accordance with the Court's Order and within 30 days, his case would be dismissed without prejudice and without further notice to him. (Id. at 4.)

1

To date, Plaintiff has not filed an Amended Complaint, responded to the Court's Order, or filed any additional pleadings in this matter, and the time for doing so has expired. The Court finds it is important to keep its docket from becoming backlogged with dormant cases. See Erline Co., S.A. v. Johnson, 440 F.3d 648, 654 (4th Cir. 2006).

**IT IS THEREFORE ORDERED** that Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is respectfully directed to **CLOSE THE CASE**.

**IT IS SO ORDERED.**

Signed: October 16, 2024

*[Signature]*

Frank D. Whitney
United States District Judge